UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 18  A 10: 06

CLERK
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs | ) | CASE NUMBER   CR205-39 |
| BRIAN SHIPLEY | ) | |

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This ___18___ day of ___September___, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA